**RICHARD A. BESHWATE, JR.**
Attorney at Law
2014 Tulare Street, Suite 414
Fresno, California  93721
(559) 266-5000

Attorneys for Defendant
JACOB WINN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  1:05 cr 00521 OWW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | CONTINUE HEARING |
| ) | |
| JACOB WINN, et al., ) | SPEEDY TRIAL ACT |
| ) | EXCLUSION |
| Defendants. ) | (18 U.S.C. 3161 (h)(8)(A)(B)) |
| ) | |

IT IS HEREBY  STIPULATED AND AGREED, by and between the parties hereto and their respective attorneys that the hearing currently set for March 28, 2006, be continued to  **APRIL 17, 2006, at 10:00 a.m.**.

This stipulation is necessary to allow further plea discussion/negotiation  between counsel and AUSA Stanley Boone.   Mr. Boone has no objection to continuing the hearing.

Since sufficient time for review of negotiations meetings between clients and respective counsel, I am requesting  a continuance of the hearing in the matter of UNITED STATES v JACOB WINN  to APRIL 17, 2006, at 10:00 am.

To that end, Defendant, by and through his counsel, hereby enters into a general time waiver and agrees to waive time pursuant to the Speedy Trial Act, 18 US 3161 (h)(8)(A)(B).

Dated: _____          SCOTT W. McGREGOR
                                United States Attorney


                                By_____
                                  STANLEY BOONE
                                  Assistant U.S. Attorney


Dated: March 13, 2006           /s/ Richard A. Beshwate, Jr.
                                RICHARD A. BESHWATE, JR.
                                Attorney for Defendant, JACOB WINN


Dated: _____          /s/ Carol Ann Moses          .
                                CAROL ANN MOSES
                                Attorney for Defendant


Dated: _____          _____.
                                ERIC KERSTEN
                                Attorney for Defendant


**0 R D E R**

Having read and considered the foregoing, the Court hereby orders that the hearing in the above captioned matter be continued from March 28, 2006, to **APRIL 17, 2006**, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   March 15, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                 UNITED STATES DISTRICT JUDGE