PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:05CR00521 OWW** |
| ) | |
| **JACOB WAYNE WINN** ) | |
| ) | |

On August 21, 2006, the above-named was placed on probation for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Thomas A. Burgess, for

**LONNIE E. STOCKTON
United States Probation Officer**

Dated:   June 6, 2008
         Bakersfield, California
         LES:ks

**REVIEWED BY:**   /s/ Thomas A. Burgess
         **THOMAS A. BURGESS
         Supervising United States Probation Officer**

**Re: Jacob Wayne WINN**
**Docket Number:   1:05CR00521-03 OWW**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   June 7, 2008**              /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE